**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7664**

———————

KENNETH POWELL,

                                      Plaintiff - Appellant,

          versus

WEST VIRGINIA DEPARTMENT OF CORRECTIONS; JIM
RUBENSTEIN, Commissioner; WILLIAM S. HAINES,
Warden; JERRY HANEY, Inmate Movement; RANDY
SHREVES, Unit Manager; UNKNOWN UNIT D
COUNSELORS, at the time of the incident;
MICHAEL JACKSON, Unit Counselor,

                                      Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (CA-02-67-2)

———————

Submitted:  February 9, 2005          Decided:  February 15, 2005

———————

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kenneth Powell, Appellant Pro Se. Charles Patrick Houdyschell, Jr.,
WEST VIRGINIA DIVISION OF CORRECTIONS, Charleston, West Virginia,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Powell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Powell v. West Virginia Dep't of Corr., No. CA-02-67-2 (N.D.W. Va. Sept. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED